NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIA LAVINIA JONES,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3081

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-13-0168-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of Energy moves to reform the official caption to name the Merit Systems Protection Board ("Board") as the proper respondent. Maria Lavinia Jones opposes.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the

Board reaches the merits of the underlying case.  Here, the Board dismissed Jones' appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion to reform the caption is granted. The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21